UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAMUEL LOPEZ,                                         :

        Plaintiff,                                   :     <u>ORDER</u>

  -against-                                                  :
                                                                           25 Civ. 3242 (JAV) (GWG)
                                                           :

127 EAST 7TH LLC et al.,                         :

        Defendants.                                :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Plaintiff is directed to (1) mail a copy of this Order, the summons and the complaint to the last known address of both defendants and (2) mail a copy of this Order, the summons and the complaint, to the business plaintiff visited at the address where it was visited.   Proof of such service shall be filed by August 1, 2025

      Any motion for a default judgment is returnable before Judge Vargas, shall comply with "Attachment A" to her Individual Practices and all prerequisites to the filing of a motion for a default judgment, and shall file the motion for a default judgment on or before September 15, 2025.

Dated: July 25, 2025
       New York, New York

                                                             GABRIEL W. GORENSTEIN
                                                            United States Magistrate Judge