UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

|  |  |  |
|---|---|---|
| SAMUEL LOPEZ, | : | |
| | : | |
| Plaintiff, | : | 25-CV-03242 (JAV) |
| | : | |
| -v- | : | REVISED |
| | : | SCHEDULING ORDER |
| 127 EAST 7TH LLC et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

---------------------------------------------------------------------- X

JEANNETTE A. VARGAS, United States District Judge:

IT IS HEREBY ORDERED that the hearing on the default judgment motion before this Court, previously scheduled for **December 3, 2025, at 2:30 PM**, is RESCHEDULED for **January 7, 2026**, at **2:30 PM** in Courtroom 14C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

It is further ORDERED that Defendants appear for the hearing as to why an order should not be issued granting a default judgment against Defendants.

It is further ORDERED that, **within one business day of the date of this Order**, Plaintiff serves Defendants via overnight courier with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order.  Within **two business days of service,** Plaintiff must file proof of such service on the docket.

SO ORDERED.

Dated:  December 3, 2025
       New York, New York

                        JEANNETTE A. VARGAS
                        United States District Judge